UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: ~~15-04487~~ 15-04847
MARIA Y HERNANDEZ )
) Chapter: 13
)
) Honorable Bruce W. Black
) Joliet
Debtor(s) )

**ORDER ON DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY**

THIS CAUSE coming on to be heard on the Debtor's MOTION TO EXTEND THE AUTOMATIC STAY, the Court being fully advised in the premises:

IT IS SO ORDERED:

1. The automatic stay is extend with respect to all creditors except Wells Fargo Bank N.A. shall not be constrained by the automatic stay with respect to the property commonly known as 3816 Stockton Drive, Joliet, Il.

Enter:

*/s/ Bruce W. Black/*

United States Bankruptcy Judge

Dated: 13 MAR 2015

**Prepared by:**

Nathan C. Volheim, Esq.
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181